UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS 44 conforms generally to the manual JS 44 approved by the Judicial Conference of the United States in September 1974  The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet  The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law  This form is authorized for use only in the District of Arizona

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):** United States of America

County of Residence: Maricopa
County Where Claim For Relief Arose: Maricopa

**Defendant(s):** State of Arizona ; Katie Hobbs, in her official capacity, as Arizona Secretary of State

County of Residence: Maricopa

**Plaintiff's Atty(s):**

T. Christian Herren Jr.
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC  20530
(800) 253-3931

Richard A. Dellheim
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC  20530
(202) 305-5803

Emily R. Brailey
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC  20530
(202) 353-5724

L. Brady Bender
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC  20530
(202) 353-5373

**Defendant's Atty(s):**

Beau Roysden
State of Arizona
2005 N. Central Ave.
Phoenix, AZ 85004
(602) 542-8958

Andy Gaona
Coppersmith Brockelman
2800 N. Central Ave.,
Ste. 1900
Phoenix, AZ 85004
602-381-5486

**II. Basis of Jurisdiction:**    1. U.S. Government Plaintiff

III  Citizenship of Principal Parties **(Diversity Cases Only)**

        Plaintiff:- **N/A**
        Defendant:- **N/A**

IV Origin        **1. Original Proceeding**

V. Nature of Suit:        **441 Voting**

VI Cause of Action        **52 U.S.C. 20505(a)(1); 52 U.S.C. 10101(a)(2)(B) Arizona House Bill 2492 violates Section 6 of the NVRA and Section 101 of the Civil Rights Act**

VII. Requested in Complaint
        Class Action: **No**
        Dollar Demand:
        Jury Demand: **No**

VIII  This case **IS RELATED** to Case Number **2:22 cv 00509 SRB** assigned to Judge **Susan Bolton.**

**Signature:** /s/ Emily R. Brailey

   **Date:** 07/05/2022

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised  01/2014