# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Katie Hobbs, et al., <br><br> Defendants. | No. CV-22-00509-PHX-SRB <br><br> **ORDER** |
| United States of America. <br><br> Plaintiff, <br><br> v. <br><br> State of Arizona, et al. <br><br> Defendants. | No. CV22-01124-PHX-SRB |

The Court has considered the United States' Unopposed Motion to Consolidate (CV22-01124, Doc. 8).

**IT IS ORDERED** granting the Unopposed Motion to Consolidate. (CV22-01124, Doc. 8)

**IT IS FURTHER ORDERED** that this matter is consolidated with *Mi Familia Vota v. Hobbs*, No. CV-22-00509-PHX-SRB.

. . .

. . .

**IT IS FURTHER ORDERED** that all future filings shall be in CV22-00509-PHX-SRB.

**IT IS FURTHER ORDERED** that there will be no further filings in CV22-01124-PHX-SRB.

Dated this 27th day of July, 2022.

_____
Susan R. Bolton
United States District Judge